UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                          :
UNITED STATES OF AMERICA,                                 :
                                                          :
-v-                                                       :                 20-CR-354 (LJL)
                                                          :
ANTHONY GUZZONE,                                          :                 RESCHEDULING
                                                          :                    ORDER
                          Defendant.                      :
                                                          :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:


        It is HEREBY ORDERED, at the request of the defendant, that the sentencing previously
scheduled for January 7, 2021 is rescheduled to January 19, 2021 at 2:00PM in Courtroom 15C at the
500 Pearl Street Courthouse.



        SO ORDERED.

Dated:  November 2, 2020
        New York, New York                                      LEWIS J. LIMAN
                                                           United States District Judge