UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :    20-CR-00354 (LJL)
     -against-                       :    ORDER
                                     :
Anthony Guzzone                      :
                                     :
Defendant                            :
                                     :
-------------------------------------X

Lewis J. Liman, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to include:

1. Substance abuse testing/treatment as directed by Pretrial Services

2. Refrain from the consumption of Alcohol


Dated: November 16, 2020
New York, New York

                                        SO ORDERED:

                                        Lewis J. Liman
                                        United States District Judge