UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Anthony Guzzone

Defendant(s).
-------------------------------------------------------------X

CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE

20-CR- 00354

Defendant __**ANTHONY GUZZONE**__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Sentencing Hearing

[signature]
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Anthony J Guzzone
Print Defendant's Name

/s/ Alexander Spiro
Defendant's Counsel's Signature

Alexander Spiro
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

January 19, 2021
Date

[signature]
U.S. District Judge/~~U.S. Magistrate Judge~~