**quinn emanuel** trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010-1601 | TEL (212) 849-7000 FAX (212) 849-7100

---

**REQUEST GRANTED.**
The deadline for defendant to surrender to the Bureau of Prisons is extended until April 19, 2021.

3/2/2021   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

WRITER'S DIRECT DIAL NO.
**(212) 849-7364**

WRITER'S EMAIL ADDRESS
alexspiro@quinnemanuel.com

March 1, 2021

**VIA ECF**
The Honorable Lewis J. Liman
The United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Guzzone*, 20-cr-00354 (CM)

Dear Judge Liman:

On behalf of defendant Anthony Guzzone, I write to respectfully request the postponement of his March 19, 2021 deadline to surrender to the Bureau of Prisons to begin service of the 38 month sentence of imprisonment your Honor imposed on January 20, 2021 (Dkt. 26.) ▮

▮

Mr. Guzzone accordingly respectfully requests that his deadline to surrender to the Bureau of Prisons be postponed for 30 days, until April 19, 2021, ▮. Mr. Guzzone will thereafter provide a status update to the Court during the first week of April 2021, ▮ We have conferred with the government, AUSA David Lewis, as well as Mr. Guzzone's supervising officer, Nick Zotti, neither of whom oppose this request. Thank you for your consideration of this matter.

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON | SALT LAKE CITY
LONDON | TOKYO | MANNHEIM | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH | SHANGHAI | PERTH | STUTTGART

Respectfully,

Alex Spiro

cc: Counsel of record