UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

UNITED STATES OF AMERICA,

    -v-                                                   20-CR-354 (LJL)

ANTHONY GUZZONE,                                ORDER

                Defendant.

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      It is HEREBY ORDERED that the Government is to respond to the Defendant's Motion for Compassionate Release filed at Dkt. No. 33 by November 17, 2021.

SO ORDERED.

Dated: October 28, 2021
       New York, New York

                                                  LEWIS J. LIMAN
                                             United States District Judge