```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/18/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES,                                                     :
:
:
  -v-                                                              :   20-cr-0354 (LJL)
:
ANTHONY GUZZONE,                                                   :   ORDER
:
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received letters from Mr. Guzzone's family members and members of his community regarding Mr. Guzzone's motion for compassionate release, at Dkt. No. 33.  The Court will provide the letters to the government and will not file them on the public docket at this time.  The parties are directed, by thirty (30) days from the entry of this Order, to indicate by letter to the Court filed on ECF (or to be filed on ECF) if there is any reason why the letters should not be filed on the public docket.

      The Clerk of Court is respectfully directed to mail a copy of this order to the defendant pro se.

      SO ORDERED.

Dated: November 18, 2021
       New York, New York
                                                  LEWIS J. LIMAN
                                          United States District Judge