UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

                               :

UNITED STATES OF AMERICA,           :

                               :

         -v-                   :        20-CR-354 (LJL)

                               :

ANTHONY GUZZONE,                :         <u>ORDER</u>

                               :

                  Defendant.       :

                               :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from defendant Anthony Guzzone, pro se.  The letter is attached hereto.  The Government is directed to respond to the letter by June 10, 2022.

      SO ORDERED.

Dated: May 27, 2022
      New York, New York                    _____
                                      LEWIS J. LIMAN
                              United States District Judge

Judge Liman,

      On April 19,2021 I reported to Fort Dix FCI in New Jersey to begin serving my 38 month Federal sentence. On that day I drove to the prison with my wife and three sons with me. I made several commitments to them that morning. The first was that I was so sorry for putting them through this nightmare but also the embarrassment it brings. I promised them I would never be put in this situation again. The second was that I would use this period of incarceration to become a better version of myself, focusing on my mind, body and soul. The term that I used that morning was to create Anthony 2.0. The third and final commitment I made to them was that I would work as hard as I could to try and get back to them to start the next chapter of my life. Your honor, this is why I am  writing to you today.

      I am seeking a reduction in my federal term for the simple reason that I have and will continue to participate in programs that are FSA approved, this will allow me to earn a credited time reduction to my sentence. In my recent meeting on April 27th, 2022 officer Higgins and I discussed the progress that I have made which i have included for you review but reiterated that "I was screwed" and none of the programing and work detail that i have participated in would matter once my file was updated with the status of my NYS detainer. I do not see how my good behavior credits count towards my sentence reduction but the FSA earned time reduction credits do not. He also stated that I fall into a "Rare Case" because the FSA does not properly address my situation. I was told that Congress never addresses my particular set of circumstances so as a result I am unable to earn time off. I was told that you are the only person with the power to reduce my sentence and correct this oversight since congress may never get around to fix this.

      Judge Liman, everyday that I am separated from my family I realize how much they matter to me and how foolish I was. This reduction in my sentence would not allow me to go home early but it would expedite the process and get me to a NYS jail sooner. Once there I can join a program within their system so I can ultimately get back to my wife and three children quicker. As you are aware in NyS prisons you need to earn your good time credits and although my sentences are running concurrently I cannot earn the state reductions unless I am in their prison systems.

      I ran some of the numbers and came to these conclusions. My original sentence of 38 months gets reduced to 32 months with the good time credit. My current outdate without the FSA credit is 1 year not including 6 months of home confinement or halfway house which I have earned by completing the non residential Drug Abuse Program. If you were to grant me the 1 year reduction I would be able to be transferred to NYS prison in December of 2022 rather than December 2023. This is where I would continue to serve my 3-9 year sentence. This would ultimately allow me to earn good time credits in the NYS prison system and get in front of a Parole Board sooner. I have included my NYS sentencing minutes from Judge Farber which demonstrate his willingness to expedite the process and get me in front of a Parole Board sooner.

Finally I have also included all the paperwork officer Higgins shared with me at our meeting for your review. I sincerely hope you have a chance to review my case. I have demonstrated my commitment to turn my life around and have been a model prisoner during my incarceration. I just want to be treated fairly and have the ability to earn time off just like so many other incarcerated individuals. Looking forward to hearing your review on this matter. I am also enclosing my wifes address if you need another way to respond. ███████████

Sincerely,

Anthony J. Guzzone

Address: 10435-509
          unit 5802
FCI Fort Dix
Box 2000
Joint base MDL
NJ 08640

Plan is for inmate: GUZZONE, ANTHONY, 10435-509

Name:  GUZZONE, ANTHONY          DNA Status:  FTD13944 / 04-19-2021
Register No.:  **10435-509**
Age:
Date of Birth:

Inmate   (GUZZONE, ANTHONY. Register No.: 10435-509)

Date

Unit Manager / Chairperson          Case Manager

Date          Date

Individualized Needs Plan - Program Review   (Inmate Copy)          Page 4 of 4

| | | | |
|---|---|---|---|
| Facility: | FTD FORT DIX FCI | Proj. Rel. Date: | 08-16-2023 |
| Name: | GUZZONE, ANTHONY | Proj. Rel. Mthd: | FIRST STEP ACT RELEASE |
| Register No.: | 10435-509 | DNA Status: | FTD13944 / 04-19-2021 |
| Age: | | | |
| Date of Birth: | | | |

### Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | GM 2 WEST | MAINTENANCE MECHANIC | 03-22-2022 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FTD | ESL HAS | ENGLISH PROFICIENT | 06-03-2021 |
| FTD | GED HAS | COMPLETED GED OR HS DIPLOMA | 06-03-2021 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| FTD | | HEALTHY MINDS AND BODIES | 08-03-2021 | CURRENT |
| FTD GP | C | HEATING SYSTEM EQUIPMENT | 02-20-2022 | 02-27-2022 |
| FTD GP | C | LANDSCAPING MAINTENANCE | 02-13-2022 | 02-20-2022 |
| FTD GP | C | CREATIVE WRITING I - WEST | 01-18-2022 | 02-08-2022 |
| FTD GP | C | TPC: MATH IN THE PLANT 103 | 01-16-2022 | 01-23-2022 |
| FTD GP | C | TPC-HYDRAULIC TROUBLESHOOTING | 12-01-2021 | 12-15-2021 |
| FTD GP | C | TPC-METALS IN THE PLANT | 12-01-2021 | 12-15-2021 |
| FTD GP | C | TPC: BASIC HYDRAULICS (307) | 01-02-2022 | 01-09-2022 |
| FTD GP | C | TPC: PNEUMATIC | 12-26-2021 | 01-02-2022 |
| FTD GP | C | TPC:READING | 12-12-2021 | 12-19-2021 |
| FTD GP | C | CLEANING CHEMICALS | 12-05-2021 | 12-12-2021 |
| FTD GP | C | PUMP INSTALLATN & MAINTNCE 344 | 11-07-2021 | 11-14-2021 |
| FTD GP | C | HAND TOOLS | 10-31-2021 | 11-07-2021 |
| FTD GP | C | MACHINE SHOP PRACTICES 315 | 10-24-2021 | 10-31-2021 |
| FTD GP | C | UNDRSTND BASIC AC CONTROL EQUI | 10-03-2021 | 10-10-2021 |
| FTD GP | C | TPC: TROUBLESHOOTING SKILLS110 | 09-12-2021 | 09-19-2021 |
| FTD GP | C | PLUMBING SYSTEMS-BLDG & GRNDS | 08-29-2021 | 09-05-2021 |
| FTD GP | C | INDUSTRIAL RIGGING PRACT TPC | 08-22-2021 | 08-29-2021 |
| FTD GP | C | BASIC PNEUMATICS 309 | 07-25-2021 | 08-01-2021 |
| FTD GP | C | ELECTRICAL SAFETY | 07-11-2021 | 07-18-2021 |
| FTD GP | C | TPC:BSC ELCTRCTY&ELCTRNCS 201 | 07-05-2021 | 07-11-2021 |
| FTD GP | C | NONMETALS IN THE PLAN 106 | 06-20-2021 | 06-27-2021 |
| FTD GP | C | PORTABLE POWER TOOLS | 06-13-2021 | 06-20-2021 |
| FTD GP | C | READING BLUEPRINTS 101 - TPC | 06-07-2021 | 06-13-2021 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

*** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS ***

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 04-27-2021 |
| CARE2 | STABLE, CHRONIC CARE | 05-05-2021 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 04-30-2021 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-20-2021 |

Plan ... ANTHONY ... 00413B FEDI ...

| Assignment | Description | Start |
|---|---|---|
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 05-21-2021 |
| YES F/S | CLEARED FOR FOOD SERVICE | 04-29-2021 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP QUAL | RESIDENT DRUG TRMT QUALIFIED | 06-10-2021 |
| ED COMP | DRUG EDUCATION COMPLETE | 09-20-2021 |
| ELIGIBLE | 18 USC 3621 RELEASE ELIGIBLE | 07-13-2021 |
| NR COMP | NRES DRUG TMT/COMPLETE | 02-28-2022 |

## FRP Payment Plan

| Most Recent Payment Plan |
|---|

**FRP Assignment:   COMPLT   FINANC RESP-COMPLETED      Start: 12-08-2021**

| Inmate Decision: **AGREED** | **$75.00** | Frequency: **SINGLE** |
|---|---|---|
| Payments past 6 months:   **$0.00** | | Obligation Balance: **$0.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* ** | | | |
| 2 | REST FV | $574,005.33 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* ** | | | |

## FRP Deposits

Trust Fund Deposits - Past 6 months:   $330.00          Payments commensurate ?   Y

New Payment Plan:   ** No data **

## Current FSA Assignments

| Assignment | Description | Start |
|---|---|---|
| FTC ELIG | FTC-ELIGIBLE - REVIEWED | 05-10-2021 |
| N-ANGER N | NEED - ANGER/HOSTILITY NO | 04-27-2022 |
| N-ANTISO R | NEED - ANTISOCIAL PEERS REFUSE | 04-27-2022 |
| N-COGNTV R | NEED - COGNITIONS REFUSE | 04-27-2022 |
| N-DYSLEX N | NEED - DYSLEXIA NO | 04-29-2021 |
| N-EDUC N | NEED - EDUCATION NO | 04-27-2022 |
| N-FIN PV N | NEED - FINANCE/POVERTY NO | 04-27-2022 |
| N-FM/PAR R | NEED - FAMILY/PARENTING REFUSE | 04-27-2022 |
| N-M HLTH N | NEED - MENTAL HEALTH NO | 04-27-2022 |
| N-MEDICL Y | NEED - MEDICAL YES | 04-27-2022 |
| N-RLF N | NEED - REC/LEISURE/FITNESS NO | 04-27-2022 |
| N-SUB AB N | NEED - SUBSTANCE ABUSE NO | 04-27-2022 |
| N-TRAUMA N | NEED - TRAUMA NO | 04-27-2022 |
| N-WORK Y | NEED - WORK YES | 04-27-2022 |
| R-MIN | MINIMUM RISK RECIDIVISM LEVEL | 04-27-2022 |

## Progress since last review

Since last review, inmate returned from WRIT, general maintenance for work detail, completed numerous programs within past year, currently enrolled in one program, has maintained positive communication with his family and friends as recommended by Unit Team, has maintained favorable health, has completed the 12 hour drug program, displays no signs of mental health disorders, has maintained clear conduct, continues to make payments to his financial obligations via IFRP OR has completed his financial payments via FRP, utilizes his leisure time in a productive manner, and displays good living skills by keeping his living area clean and orderly.

## Next Program Review Goals

Inmate is expected to enroll in two educational programs of his choosing, continue attending classes in a satisfactory manner, submit a cop out to Unit Team requesting work detail assignment, once assigned maintain Good or better work evaluations, communicate at least three times per week with family and friends to maintain community ties, submit a cop out to health services during sick call to address any health related issues, speak with psychology to see if eligible for RDAP, follow all rules and regulations set forth by the institution, make timely payments to FRP, and follow all sanitation rules.

## Long Term Goals

REGNO..: 10435-509 NAME: GUZZONE, ANTHONY

```
FBI NO...........: R85DXHPAE            DATE OF BIRTH:              AGE:
ARS1.............: FTD/A-DES
UNIT.............: UNIT 5802            QUARTERS.....: N03-213L
DETAINERS........: NO                  NOTIFICATIONS: NO

FSA ELIGIBILITY STATUS IS: ELIGIBLE

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 04-24-2023

FINAL STATUTORY RELEASE FOR INMATE.: 12-29-2023 VIA GCT REL
         WITH APPLIED FSA CREDITS.: 135  DAYS
THE INMATE IS PROJECTED FOR RELEASE: 08-16-2023 VIA FSA REL

REMARKS.......: 02-07-2022: PRD ADJ DUE TO FSA FTC APPLIED. D/MLM

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 20-CR-00354-LJL-1
JUDGE...........................: LIMAN
DATE SENTENCED/PROBATION IMPOSED: 01-19-2021
DATE COMMITTED..................: 04-19-2021
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $574,005.33

------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  193     INTERNAL REVENUE INCOME TAX
OFF/CHG: 26:7201.F ATTEMPT TO EVADE OR DEFEAT TAX(CT1)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    38 MONTHS
 TERM OF SUPERVISION............:    3 YEARS
 DATE OF OFFENSE................: 07-14-2020

G0002       MORE PAGES TO FOLLOW . . .
```

REGNO..: 10435-509 NAME: GUZZONE, ANTHONY

------------------------CURRENT COMPUTATION NO: 010 ------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-07-2022 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 04-30-2021 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 04-19-2021
TOTAL TERM IN EFFECT............:   38 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    3 YEARS        2 MONTHS
EARLIEST DATE OF OFFENSE........: 07-14-2020

JAIL CREDIT.....................:      FROM DATE      THRU DATE
                                       07-14-2019     07-14-2019

TOTAL PRIOR CREDIT TIME.........: 1
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 171
TOTAL GCT EARNED................: 54
STATUTORY RELEASE DATE PROJECTED: 12-29-2023
ELDERLY OFFENDER TWO THIRDS DATE: 05-29-2023
EXPIRATION FULL TERM DATE.......: 06-17-2024
TIME SERVED.....................:      1 YEARS       10 DAYS
PERCENTAGE OF FULL TERM SERVED..: 32.4
PERCENT OF STATUTORY TERM SERVED: 38.0

PROJECTED SATISFACTION DATE.....: 08-16-2023
PROJECTED SATISFACTION METHOD...: FSA REL
     WITH FSA CREDITS INCLUDED...: 135

REMARKS.......: DCB=V/S DATE OF 4-19-2021 TO FTD D/MPA.

G0000          TRANSACTION SUCCESSFULLY COMPLETED

(A) IDENTIFYING DATA

REG NO..: 10435-509          FORM DATE: 03-22-2022          ORG: FTD
NAME....: GUZZONE, ANTHONY

                                      MGTV: NONE
PUB SFTY: NONE                        MVED:
                        (B) BASE SCORING

DETAINER: (3) MODERATE          SEVERITY.......: (3) MODERATE
MOS REL.: 21                    CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE              VIOLENCE.......: (0) NONE
VOL SURR: (3) VOL SURR          AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (0) VERFD HS DEGREE/GED   DRUG/ALC ABUSE.: (1) <5 YEARS
                        (C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%    PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD      TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE      FAMILY/COMMUN..: (4) GOOD


              --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE  SEC TOTAL  SCORED LEV MGMT SEC LEVEL  CUSTODY  CONSIDER
+6   +20    -4        +2       MINIMUM      N/A              IN     DECREASE


G5149       INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

Case 1:20-cr-00354-LGL  Document 40   Filed 05/27/22   Page 10 of 26

```
FCL     ASSIGNMENT  DESCRIPTION                  START DATE/TIME STOP  DATE/TIME
FTD     BRN HLTH P  BRAIN HEALTH AS YOU AGE PART  11-17-2021 1308 CURRENT
FTD     LIV CHRN C  LIVE HEALTH W CHRONIC CON COMP 04-18-2022 1310 04-18-2022 1310
FTD     LIV CHRN P  LIVE HEALTH W CHRONIC CON PART 04-18-2022 1305 04-18-2022 1310
FTD     ARTH FND C  ARTHRITIS FOUNDATION WALK COMP 07-14-2021 0001 07-14-2021 1240
FTD     ARTH FND P  ARTHRITIS FOUNDATION WALK PART 05-30-2021 0001 07-14-2021 0001
```

G0000        TRANSACTION SUCCESSFULLY COMPLETED

Plan is for Inmate: GUZZONE , ANTHONY    04354-510

Complete two educational programs, including Evidence Based Recidivism Reducing and Productive Activities programs, enroll in VT or ACE program to enhance employable skills for release, create resume detailing employable skills for release, submit a cop out to health services to have an annual physical evaluation performed, if not eligible for RDAP attempt to complete Non RDAP, maintain two years of clear conduct, complete financial obligation payments, and attempt to save $25 a month in order to establish a savings for release. Unit Team will follow up by 04/23.

## RRC/HC Placement

Recommended Placement in a range between 91-120 days.
Consideration has been given for Five Factor Review (Second Chance Act):
- Facility Resources
- Offense
- Prisoner
- Court Statement
- Sentencing Commission

## Comments

*** PREA risk factors were reviewed ***

1

```
 1   SUPREME COURT OF THE STATE OF NEW YORK.
     COUNTY OF NEW YORK:  CRIMINAL TERM: PART:   52
 2
     - - - - - - - - - - - - - - - - - -X
 3   THE PEOPLE OF THE STATE OF NEW YORK

 4

 5        - against-                    Indictment No
                                         4037/2018
 6                                       SENTENCE

 7   ANTHONY J. GUZZONE
                         Defendant.
 8   - - - - - - - - - - - - - - - - - -X

 9                        111 Centre Street
                          New York, New York  10013
10
                         March 16, 2022
11
     B E F O R E :HONORABLE THOMAS FARBER,
12                        JUSTICE OF THE SUPREME COURT

13
     A P P E A R A N C E S
14
      FOR THE PEOPLE:
15        ALVIN BRAGG, ESQ.
          New York County District Attorney
16        BY:  CHRISTOPHER BEARD, ESQ.
               JAMES HANLEY, ESQ.
17        Assistant District Attorneys

18
     FOR THE DEFENDANT:
19        QUINN, EMANUEL, URQUHART & SULLIVAN ESQS.
          51 Madison Avenue
20        New York, New York
          BY:  JOANNE MENILLO, ESQ.
21                             Of Counsel

22

23
                         Lisa Minelli
24                  Senior Court Reporter

25
```

*Lisa Minelli - Sr. Court Reporter*

1              THE CLERK:  Calendar number four, Anthony Guzzone

2       4037 of 2018. Appearances

3              MR. BEARD: Christopher Beard and James Hanley for

4       the People.

5              MS. MENILLO: Good afternoon, your Honor, Joanne

6       Menillo, Quinn, Emanuel, Urquhart & Sullivan, 51 Madison

7       Avenue, New York, New York for Anthony Guzzone.

8              Your Honor can I have a moment to talk to my client

9       because I didn't get to see him before.

10             THE COURT: Yes.

11             MS. MENILLO: Thank you, your Honor.  We're ready.

12             THE CLERK: Anthony Guzzone, you are before the

13      Court for sentencing following your conviction by plea to

14      the crime of Grand Larceny in the First Degree.

15             Before being sentenced, the Court will allow you,

16      your attorney and the District Attorney an opportunity to be

17      heard regarding any matter relevant to sentence.

18             For the People.

19             MR. BEARD: Yes, your Honor.  I would just first

20      note that Mr. Guzzone entered into a written plea agreement

21      on March 23, 2020, with the District Attorney's office in

22      the terms of which were approved by the Court.

23             Mr. Guzzone is in a slightly different posture than

24      Mr. Olson and Mr. Nigro in that, of course, you recall he

25      was indicted on two separate indictments that were

*Lisa Minelli - Sr. Court Reporter*

1      consolidated under 4037, because of his capacity at

2      Bloomberg LP as the head of their construction.

3             He was actually participating in two somewhat

4      similar schemes, bribery schemes, and such, but one of those

5      was he and he alone, or I should say the Bloomberg part,

6      where it was dealing with those contractors who had

7      maintenance contracts to maintain the Bloomberg properties,

8      which is then separate and apart from 4037, the indictment

9      which he was charged with Mr. Olson, Mr. Nigro and the

10     others for participating in the overarching scheme to steal

11     millions of dollars from his own employer.

12            I believe that he recognized that the plea

13     agreement was in his best interest rather than facing both

14     indictments.

15            Under the terms of that agreement, we agreed to the

16     imposition of a single sentence of 3 to 9 years.

17            Likewise, that 3 to 9 to run concurrently with his

18     Federal sentence and would agree also to that being nunc pro

19     tunc back to April the 19th of 2021, which is when he

20     surrendered to Fort Dix, where he is currently serving his

21     sentence there.

22            I have nothing further, your Honor.

23            THE COURT: Yes.

24            MS. MENILLO: Thank you, your Honor.  I'll keep it

25     brief, because we've been here all day, but also I would be

1    remiss not to say a couple of words on behalf of my client.

2          Your Honor, as I mentioned a couple of months ago

3    in an email to you, today we would be asking for leniency

4    and we're doing that.  Sitting before you Anthony Guzzone is

5    a man remorseful, contrite.

6          He doesn't seek to minimize his conduct at all.  He

7    accepts responsibility.  He is here before you asking for an

8    opportunity for your Honor to take consideration and grant

9    him leniency, because of his history, his background, and

10   everything he's done so far.

11         Other than the conduct underlying his Federal and

12   State cases, he truly has lead an exemplary life.

13         He started working when he was ten years old,

14   woodworking on his spare time as an apprentice to an

15   electrician in high school and worked his way all the way

16   up.

17         While he was at Bloomberg, he excelled.  Year over

18   year he was promoted, until finally he was the head of

19   global operations for construction there.

20         In that role, he earned the respect and admiration

21   of his colleagues, but unfortunately along the way his

22   aspiration were always to leave a legacy for his family,

23   that his children would live up to.  Unfortunately, along

24   the line he lost his way. He admits fully the conduct he

25   engaged in was unlawful, wrong and that there was no excuse

1    for it, but he already started to pay dearly for the

2    consequences of his action.

3            As your Honor is aware, he is serving a

4    thirty-eight term of prison in Federal custody.  He served

5    eleven months so far.

6            He has not made light of his time.  He's taken

7    every opportunity while he is in to do everything he can to

8    better himself.

9            As your Honor remarked the last conference, I think

10   he does about a thousand push-ups a day keeping himself in

11   fit physical health.  He extends beyond that.  He's done a

12   number of different educational courses in the eleven months

13   he's been in, every opportunity he can.

14           I think at last count it was over one hundred

15   fifty hours of educational work.

16           He's been working as a maintenance mechanic since

17   July and taken this opportunity to address his mental health

18   issues too as he does suffer from alcoholism.

19           He is already successfully completed a twelve hour

20   drug education program and completed a forty hour drug

21   treatment program.

22           All of this demonstrates his capacity for

23   rehabilitation.  His willingness to better himself.

24           Before he was even arrested for many, many years he

25   engaged in numerous amounts of charitable organizations and

1    events that he ran himself.

2                 Following the devastating attacks of this city on

3    September 11th, Anthony understood up and did his part.

4                 He helped organize and manage the largest police

5    officer and fire fighter relief center.

6                 He built offices for the firms most impacted by the

7    terrorist attacks.

8                 He used his experience in the garment industry to

9    weave velvet satchels that were placed over the urns of the

10   fallen firefighters and police officers, but your Honor what

11   I think speaks most to his capacity and his commitment to

12   helping others, are the actions that he undertook following

13   the untimely death of a friend and colleague, Anthony Bono.

14   Mr. Bono died at forty-five.  He left behind a wife and four

15   children.

16                 Anthony again stepped up to the plate.  He

17   organized and managed an annual fundraiser that ran for over

18   ten years to collect funds to pay for the living expenses

19   and education of Mr. Bono's children.

20                 As I mentioned when I started, your Honor, this is

21   a man who accepts responsibilities for his actions.

22                 He makes no excuses for his conduct, but he's

23   already suffering his punishment.

24                 I know that your Honor mentioned in my previous,

25   our previous email exchanges, that you always keep an open

```
 1         mind at sentence and based on what I've heard today, I'm not
 2         going to ask your Honor for 1 and 1/3 to 4 years
 3         understanding your Honor's position with respect to the
 4         seriousness of these crimes, but I do think an imposition of
 5         a sentence, if your Honor is willing to consider leniency,
 6         of 2 to 6 years, would create a situation where Anthony can
 7         finish his Federal time and immediately be eligible to
 8         petition for parole and hopefully will get that parole
 9         petition granted and be able to return to his family, who is
10         sitting in the courtroom today and eagerly awaits his
11         return.
12                Your Honor, if it's okay with you, I'm sure Mr.
13         Guzzone would like to address you directly for a couple of
14         minutes, but that's all I have right now.
15                THE COURT: It's not only okay with me, it's
16         encouraged and provided by the law.
17                THE DEFENDANT: Your Honor, it's with great sorrow
18         and regret that I come before you.  I have spent the last
19         four years thinking of what I've done wrong, and what I
20         should have done differently.
21                I often think about what my life would be like if I
22         could turn back time and right all the wrongs that I have
23         done.  Unfortunately I can't.  I now must be held
24         accountable for all the bad choices that I have made.
25                I was taught the importance of integrity, honesty
```

1   and hard work.  Along the way I lost site of these very

2   principles.

3          Having spent my entire life working in the

4   construction industry, I for the most part stood clear of an

5   industry full of corruption, but as the years went on, I

6   gradually broke down and invited poor decisions to lead me

7   where I am today.

8          When I realized how wrong it was, it was too late.

9          I didn't know how to write the ship and was afraid

10   to turn back.  It was a slippery slope.  I made bad choices.

11          I'm sorry for what I've done and pain that I have

12   caused to all those that love me, especially my wife, my

13   kids, my mom and extended family members.

14          I've let them down, embarrassed them and know that

15   without me they will continue to suffer because of my

16   actions.

17          I've also mislead my employer and a large community

18   of business associates and friends that I still have not

19   spoken with since this all started.

20          I may never be able to regain their forgiveness and

21   earn back honor and respect that I had worked so hard to

22   achieve.

23          The one thing that keeps me going is that I do

24   believe in second chances.  I only hope after serving my

25   sentence I will be able to restart my life in a community

1      that feels the same.

2              As part of my penance, I plan to do whatever I can

3      to help the next generation of construction professionals,

4      to learn from the bad decisions I have made and how

5      important it is not to go with the flow, but to be a true

6      leader and not fall victim to an industry riddled with

7      corruption.

8              I had responsibilities to prevent this behavior and

9      I failed.  I was a top performer in my role.  I did a great

10     job.  None of that justifies the illegal activities that I

11     participated in.

12             In my mind today marks a very dark time in my life.

13     One that I will never forget and work to correct.

14             I wanted to leave my three boys a proud legacy of

15     their father.  This has taken me off course.  I will spend

16     the rest of my days correcting.  Today starts a new

17     beginning for me, as I plan a new course to move forward and

18     accept any sentence your Honor feels appropriate.

19             Before doing so, you should know that law and order

20     are important to me and necessary in a fair and just

21     society.

22             I will never ever be in this position again.

23             I would like to thank the Court for allowing me to

24     speak today and spending the time reviewing all the relevant

25     documents to my case.

1          I would also like to thank law enforcement for

2     putting an end to this nightmare and bringing me to justice.

3          Most importantly, I would like to thank God for

4     giving me my family the strength to weather this storm and

5     blessing to put my life back together.

6          Your Honor, I'm a good decent family man that

7     strayed off course.  I hope and pray you'll grant me

8     leniency that I can become eligible to enter space in

9     federal residential drug and alcohol abuse program, which

10    would give me the necessary training and coping skills that

11    I so desperately need and allow me to return to my family

12    better than when I left.

13         Without this reduction in time and the removal of

14    the New York State detainer, I will continue to serve the

15    remainder of my sentence in a federal low (sic) rather than

16    a can.  Will not be eligible to participate in the Federal

17    First Step Act programs and upon completion of my Federal

18    term will be transferred to New York State prison until I'm

19    eligible for parole there, which was not my understanding

20    when I thought I was signing a concurrent plea agreement.

21         Your Honor, please consider the harsh impact that

22    this detainer will have on my already imposed thirty-eight

23    month Federal sentence in your ruling.  I can only hope and

24    pray that you grant me this opportunity to improve myself

25    while I remain incarcerated.

1              Thank you.

2              THE COURT: Thank you.  First, as I pointed out with

3      the prior Defendants there is nothing I can do to remove the

4      New York State detainer, other than give the Defendant a

5      sentence of time served, which in his case would be a

6      sentence of 1 to 3, which I do not intend to do.

7              I should also say that I read everything that was

8      submitted to me on Mr. Guzzone's behalf, including the

9      letters from his family.

10             It was clear to me that Mr. Guzzone is not only

11     asking for forgiveness from them, he is obviously fully

12     supported by his family, they have forgiven him to the

13     extent that they believe forgiveness was necessary.

14             As I said with the prior Defendants and also except

15     for Mr. Guzzone, I am not sentencing Mr. Guzzone because I

16     think he needs either rehabilitation or because I think

17     society needs him out of the way.

18             I accept what Mr. Guzzone has said to me, that he

19     understands the seriousness of what he has done.

20             That he will never do it again and that he will

21     continue to strive to make up for his mistakes.

22             The sentence that I'm imposing is the sentence

23     that's agreed upon and although I always will keep an open

24     mind as to sentence, any sentence that I gave has to be in

25     my view a fair and just sentence.

1        I do not think that the 3 to 9 years that's agreed

2   upon is not fair and just.

3        The sentence is warranted, as I mentioned with the

4   other Defendants, less by the need to keep somebody like Mr.

5   Guzzone out of society or by the need to punish specifically

6   for the level of crime that he committed, but by the need to

7   acknowledge the seriousness of the crime and the harm that

8   it does, not only to Bloomberg who trusted Mr. Guzzone with

9   their money, or to Turner, or to the people who worked for

10  Bloomberg and Turner, or from anybody else that is not

11  receiving kickbacks or taking bribes.

12       I'm sorry.  It's late.  I may have lost my train of

13  thought with that long sentence, but it's important to

14  acknowledge in this case that as I said with the prior

15  Defendants, that while this kind of crime does not make the

16  New York Post everyday, this is not physical and might not

17  seem to be as harmful, as the violent street crime that we

18  read about everyday.

19       This was a theft of staggering proportions and Mr.

20  Guzzone was a key player in that.

21       I think he acknowledges that.  I except the

22  acknowledgment, but the sheer magnitude of the bribes,

23  kickbacks and other frauds that were perpetrated on

24  Bloomberg, Turner and the construction industry in general

25  require this kind of sentence in my view.

1          So I am sentencing the Defendant to a sentence of 3

2     years State prison, minimum 9 years maximum indeterminate

3     sentence.

4          I will impose the mandatory surcharges and crime

5     victims's assistance fee and DNA databank fee.

6          I will make that sentence nunc pro tunc to

7     September --

8          MR. BEARD: April 19, 2021.

9          THE COURT: April 19, 2021.  I will run it

10    concurrently with the sentence that was imposed by the

11    Federal courts.

12         I also will do as I said, anything that is within

13    my power to insure that Mr. Guzzone is not caught up in a

14    bureaucratic nightmare between the Federal and State courts

15    that makes it impossible for him to be considered for

16    parole.

17         Without commenting on whether he is a good

18    candidate for parole, it does seem to me that he should not

19    be left in a position where he's not even being considered

20    for parole because of the interplay between the Federal and

21    State sentences.  There is nothing I can do about that other

22    than give him the sentence of time served, which is

23    inappropriate.  By that I mean 1 to 3.  That's my sentence.

24         MR. BEARD: For the Clerk, your Honor, the Federal

25    case number is 20-CR-354.

Sentence                                                    14

1              MS. MENILLO:  Your Honor, just for the record I did

2       provide my client with his notice of his right to appeal.

3              THE COURT: Thank you.

4

5                    *    *    *    *    *    *    *.

6    The preceding transcript is certified to be a true

7    and correct record of the proceedings in this matter.

8


                    _____
                    LISA MINELLI
                    SENIOR COURT REPORTER


18

19

20

21

22

23

24

25



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL

7022 0410 0000 1007 2206







U.S. POSTAGE PAID
FCM LG ENV
MIDDLETOWN, NJ
07748
MAY 19 22
AMOUNT

**$5.71**
R2304M113505-8

UNITED STATES
POSTAL SERVICE

1000

10007



U.S. POSTAGE PAID
FCM LG ENV
MIDDLETOWN, NJ
07748
MAY 19 22
AMOUNT

**$3.05**
R2304M113505-8

10007



1000

To Judge Lewis Liman
500 Pearl St
New York New York 10007